UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL ANTHONY AMARO,
              Petitioner,            Case No. 08-12118

v.                                       Honorable Patrick J. Duggan

KENNETH ROMANOWSKI,
              Defendant
                                     /

## JUDGMENT

On May 15, 2008, Petitioner Daniel Anthony Amaro ("Petitioner") filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, alleging that he is incarcerated in violation of his constitutional rights. Petitioner is challenging his conviction on March 17, 2006, following a jury trial in the Circuit Court for Oakland County, for operating a vehicle under the influence of intoxicating liquor ("OUIL"), third offense, and driving while license suspended ("DWLS"). In an Opinion and Order entered on this date, the Court held that Petitioner is not entitled to habeas relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE**.

DATE: August 9, 2010                      s/PATRICK J. DUGGAN
                                                        UNITED STATES DISTRICT JUDGE

Copies to:
Daniel Amaro, #326974
15820 Parklane Drive
Plymouth, MI 48170
AAG Laura A. Cook